# EXHIBIT A

U.S. Customs and Border Protection
Securing America's Borders

DHS.gov

IPRS INTELLECTUAL PROPERTY RIGHTS SEARCH Keyword cj products GO HELP | ABOUT | PRINT | KEYBRD SHORTCUTS

Search ALL | Title | Product | Description | Owner | Contact Name | Firm Name | Recordation No. | Agency Registration No.

Filter Show All | Trademarks | Copyrights | Tradenames | Exclusion Orders | Exclude Expired | Include Expired

NEXT Results [1 - 10] of 19 records | Search took 0.38 Seconds

| Effective Expiration | Title Product | Description | Owner | Contact Name | Firm Name | Recordation No. Agency No. | Type |
|---|---|---|---|---|---|---|---|
| **6/26/2010** 6/26/2030 | **PTERODACTYL PLUSH FOLDING STUFFED ANIMAL.** [ N/A ] | PTERODACTYL PLUSH FOLDING STUFFED ANIMAL-A FANCIFUL DEPICTION OF A PTERODACTYL IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | **COP 10-00143** VAU 1-023-539 | Copyright |
| **6/26/2010** 6/26/2030 | **TYRANNOSAURUS REX PLUSH FOLDING STUFFED ANIMAL.** [ N/A ] | TYRANNOSAURUS REX PLUSH FOLDING STUFFED ANIMAL-A FANCIFUL DEPICTION OF A TYRANNOSAURUS REX IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | **COP 10-00142** VAU 1-023-537 | Copyright |
| **6/14/2010** 6/14/2030 | **TRICERATOPS PLUSH FOLDING STUFFED ANIMAL.** [ N/A ] | TRICERATOPS PLUSH FOLDING STUFFED ANIMAL. A FANCIFUL DEPICTION OF A TRICERATOPS IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | **COP 10-00138** VAU 1-023-541 | Copyright |
| **4/2/2010** 4/2/2030 | **WHALE PILLOW PET** [ N/A ] | A FANCIFUL DEPICTION OF A KILLER WHALE IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. WHALE PILLOW PET | CJ PRODUCTS, LLC | BRIAN WRIGHT | [ N/A ] | **COP 10-00072** VA1-674-375 | Copyright |
| **4/2/2010** 4/2/2030 | **BUNNY PILLOW PET** [ N/A ] | A FANCIFUL DEPICTION OF A BUNNY IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. BUNNY PILLOW PET | CJ PRODUCTS, LLC | BRIAN WRIGHT | [ N/A ] | **COP 10-00071** VA1-674-376 | Copyright |
| **4/2/2010** 4/2/2030 | **UNTITLED (BUMBLEBEE PILLOW PET)** [ N/A ] | A FANCIFUL DEPICTION OF A BUMBLEBEE IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. UNTITLED (BUMBLEBEE PILLOW PET) | CJ PRODUCTS, LLC | BRIAN WRIGHT | [ N/A ] | **COP 10-00075** VA1-665-417 | Copyright |
| **4/2/2010** 4/2/2030 | **ZEBRA PILLOW PET** [ N/A ] | A FANCIFUL DEPICTION OF A ZEBRA IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. ZEBRA PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | **COP 10-00074** VA1-674-370 | Copyright |
| **4/2/2010** 4/2/2030 | **HIPPO PILLOW PET** [ N/A ] | A FANCIFUL DEPICTION OF A HIPPOPOTAMUS IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. HIPPO PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | **COP 10-00076** VA1-674-368 | Copyright |
| **4/2/2010** 4/2/2030 | **PANDA PILLOW PET** [ N/A ] | A FANCIFUL DEPICTION OF A PANDA IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. PANDA PILLOW PET | CJ PRODUCTS, LLC | BRIAN WRIGHT | [ N/A ] | **COP 10-00070** VA1-679-223 | Copyright |
| **3/31/2010** 3/31/2030 | **UNICORN PILLOW PET** [ N/A ] | A FANCIFUL DEPICTION OF A UNICORN MADE IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. UNICORN PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | **COP 10-00066** VA1-674-365 | Copyright |

NEXT Results [1 - 10] of 19 records | Search took 0.38 Seconds



U.S. Customs and Border Protection — Securing America's Borders — DHS.gov

**IPRS INTELLECTUAL PROPERTY RIGHTS SEARCH**   Keyword: cj products   [GO]   HELP | ABOUT | PRINT | KEYBRD SHORTCUTS

Search: ALL | Title | Product | Description | Owner | Contact Name | Firm Name | Recordation No. | Agency Registration No.

Filter: Show All | Trademarks | Copyrights | Tradenames | Exclusion Orders | Exclude Expired | Include Expired

[PAGE 1] [PREV]   Results [11 - 19] of 19 records | Search took 0.03 Seconds

| Effective / Expiration | Title / Product | Description | Owner | Contact Name | Firm Name | Recordation No. / Agency No. | Type |
|---|---|---|---|---|---|---|---|
| 3/31/2010 / 3/31/2030 | DOLPHIN PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A DOLPHIN IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW; DOLPHIN PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | COP 10-00065 / VA1-674-379 | Copyright |
| 3/31/2010 / 3/31/2030 | POLAR BEAR PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A POLAR BEAR IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. POLAR BEAR PILLOW PET | CJ PRODUCTS, LLC | BRIAN WRIGHT | REPRESENTATIVE | COP 10-00062 / VA1-674-364 | Copyright |
| 3/31/2010 / 3/31/2030 | FROG PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A FROG IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. FROG PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | REPRESENTATIVE | COP 10-00061 / VA1-674-372 | Copyright |
| 3/31/2010 / 3/31/2030 | PENGUIN PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A PENGUIN IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. PENGUIN PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | COP 10-00060 / VA1-674-371 | Copyright |
| 3/31/2010 / 3/31/2030 | DALMATION PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A DALMATIAN DOG IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. DALMATION PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | COP 10-00058 / VA1-674-366 | Copyright |
| 3/31/2010 / 3/31/2030 | TURTLE PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A TURTLE IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. TURTLE PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | COP 10-00057 / VA1-679-221 | Copyright |
| 3/31/2010 / 3/31/2030 | MOOSE PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A MOOSE IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. MOOSE PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | COP 10-00056 / VA1-674-377 | Copyright |
| 3/31/2010 / 3/31/2030 | MONKEY PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A MONKEY IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. MONKEY PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | COP 10-00055 / VA1-674-374 | Copyright |
| 3/31/2010 / 3/31/2030 | DOG PILLOW PET [ N/A ] | A FANCIFUL DEPICTION OF A DOG IN THE SHAPE OF A THREE-DIMENSIONAL FOLDABLE PLUSH STUFFED ANIMAL THAT FOLDS OUT INTO A PILLOW. DOG PILLOW PET | CJ PRODUCTS, LLC. | BRIAN WRIGHT | [ N/A ] | COP 10-00054 / VA1-674-373 | Copyright |

[PAGE 1] [PREV]   Results [11 - 19] of 19 records | Search took 0.03 Seconds