# EXHIBIT B

9/15/2010

# DETENTION NOTICE

The following shipment is detained for further examination:

| 73500963035 | 9955694 | MET | EISU9130284 |
|---|---|---|---|

| H&M | 9/15/2010 | | PLUSH STUFFED ANIMAL |
|---|---|---|---|



TOTAL P.01